# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0187
_____

LANCE JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua Hawkes, Judge.

February 27, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice K. Bower, Criminal Conflict & Civil Regional Counsel, and Michael J. Titus, Assistant Regional Counsel, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.